## TRUSCON STEEL CO. v. CAMPBELL METAL WINDOW CORP.
### No. 6277.

Circuit Court of Appeals, Sixth Circuit.
Feb. 7, 1934.

David P. Wolhaupter, of Washington, D. C., for appellant.

Prindle, Bean & Mann, of New York City, for appellee.

PER CURIAM.

Dismissed pursuant to stipulation of counsel.

## UNITED STATES of America v. Alvin E. BRYANT.
### No. 6416.

Circuit Court of Appeals, Sixth Circuit.
Dec. 14, 1933.

Wm. McClanahan, U. S. Atty., of Memphis, Tenn.

Thos. J. Walsh, of Memphis, Tenn., for appellee.

PER CURIAM.

Judgment of District Court reversed.

## UNITED STATES of America, Appellant, v. COMMERCIAL CREDIT CO., Inc.
### No. 9780.

Circuit Court of Appeals, Eighth Circuit.
Nov. 2, 1933.

Olaf Eidem, U. S. Atty., of Sioux Falls, S. D., Byron S. Payne, Asst. U. S. Atty., of Pierre, S. D., and E. D. Barron, Asst. U. S. Atty., of Sioux Falls, S. D.

Verne H. Jennings, of Sioux Falls, S. D., for appellee.

PER CURIAM.

Appeal dismissed, without costs to either party in this court, pursuant to stipulation of parties.

## UNITED STATES of America v. Willie L. HENNING.
### No. 6415.

Circuit Court of Appeals, Sixth Circuit.
Dec. 15, 1933.

See, also, 68 F.(2d) 124.

Wm. McClanahan, U. S. Atty., of Memphis, Tenn.

Charles L. Neely, of Memphis, Tenn., for appellee.

PER CURIAM.

Judgment of District Court reversed, and cause remanded for new trial.

## UNITED STATES of America v. William L. HETHCOTE.
### No. 6343.

Circuit Court of Appeals, Sixth Circuit.
Dec. 14, 1933.

A. V. McLane, U. S. Atty., of Nashville, Tenn.

Joseph Higgins, of Nashville, Tenn., for appellee.

PER CURIAM.

Judgment of District Court affirmed.